## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JESSICA IRENE STOCUM-LIPPA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:20-cv-00070-O-BP** |
| | § | |
| **FORT WORTH POLICE** | § | |
| **DEPARTMENT,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING AMENDED FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Amended Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Amended Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Amended Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and Plaintiff's Motion to Appoint Counsel, ECF No. 4, is **DENIED as MOOT**.

**SO ORDERED** on this **28th day** of **April, 2020**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**